# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUDITH BURBRINK,<br><br>                Plaintiff,<br><br>    v.<br><br>PHYLLIS J. CAMPBELL, et al.,<br><br>                Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C15-377 JCC |

\_\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

Nominal Defendant's Rule 23.1 Motion to Dismiss (Dkt. No. 76) is GRANTED. As Plaintiff lacks shareholder derivative standing to bring the above-captioned matter, her case is hereby DISMISSED with prejudice.

DATED this 24 day of September 2015.

                                            WILLIAM M. MCCOOL
                                            Clerk of Court

                                            /s/ *Rhonda Stiles*
                                            Deputy Clerk